AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

RICHARD J. URRIZAGA,

      Petitioner,

V.

STATE OF NEVADA, et al.,

      Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:08-cv-00022-LRH-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITH PREJUDICE.


  February 15, 2008                                        **LANCE S. WILSON**
                                                                                   Clerk

                                                                          /s/ Kalani Lizares
                                                                             Deputy Clerk